UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

|  |  |
|---|---|
| Connie A. Pappas, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 6:17-CV-03127-DCC |
| v. ) | |
| ) | |
| Hartford Life and Accident ) | |
| Insurance Company, ) | |
| ) | |
| Defendant. ) | |

# ORDER

This case comes before the Court on the parties' Joint Motion to Amend Specialized Case Management Order (Dkt. 11) and to Amend Order to Conduct Mediation (Dkt. 12). The Court orders as follows:

1. Mediation shall be completed by **May 21, 2018.**

2. If the matter is not resolved by mediation, then by **June 20, 2018**, the parties shall file the Joint Stipulation as well as their cross-memoranda in support of judgment with respect to all benefits claims governed by ERISA. Each party shall have five days thereafter to file an optional reply. These memoranda should follow the form of Local Rule 7.05. All references in the memoranda shall be to the consecutively-numbered page of the attachments to the Joint Stipulation. In its discretion, the Court may order a hearing. Unless so ordered, the Court will decide the ERISA benefits issues upon the record before it without a hearing. Motions for summary judgment need not be filed.

The procedures set forth in this Order are intended to supersede and replace the requirements generally applicable under Rules 26(a), (d), and (f) of the Federal Rules of Civil Procedure. This Order supersedes any earlier entered scheduling order.

IT IS SO ORDERED.

                                                  s/Donald C. Coggins, Jr.
                                                  Donald C. Coggins, Jr.
                                                  United States District Judge

March 8, 2018
Spartanburg, South Carolina

33217923.1